**Order filed July 29, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00495-CR
_____

**DONALD RAY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 20451-G**

---

## O R D E R

The clerk's record was filed July 24, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order signed June 17, 2014, denying appellant's application for writ of habeas corpus.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before **August 8, 2014**, containing the trial court's order signed June 17, 2014, denying appellant's application for writ of habeas corpus .

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM